In the Matter of WILFRED MOLENAOR, Appellant, against WILLIAM C. HECHT, JR., as a Justice of the Supreme Court, Respondent.

Submitted November 14, 1949; decided November 23, 1949.

*Nathaniel L. Goldstein, Attorney-General (Daniel M. Cohen* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.